AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Benjamin Octavio Duarte-Parra, | )   Case No. 17- 6335MJ |
| a.k.a.: Benjamin Duarte-Parra, | ) |
| a.k.a.: Benjamin Duarte-Para, | ) |
| (A200 897 033) | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 4, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Benjamin Octavio Duarte-Parra, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about February 1, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  August 18, 2017

_____
*Judge's signature*

City and state:  Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 4, 2017, Benjamin Octavio Duarte-Parra was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Duarte-Parra was examined by ICE Officer R. Ray who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 17, 2017, Duarte-Parra was released from the MCJ and transferred to the Phoenix ICE office for further investigation and processing. Duarte-Parra was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Benjamin Octavio Duarte-Parra to be a citizen of Mexico and a previously deported criminal alien. Duarte-Parra was removed from the United States to Mexico at or near Eagle Pass, Texas, on or about February 1, 2014,

1

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Duarte-Parra in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Duarte-Parra's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Benjamin Octavio Duarte-Parra was convicted of Re-Entry of Removed Alien, a felony offense, on June 11, 2013, in the United States District Court, District of Arizona. Duarte-Parra was sentenced to fourteen (14) months' imprisonment and three (3) years' supervised release. Duarte-Parra's criminal history was matched to him by electronic fingerprint comparison.

5. On August 17, 2017, Benjamin Octavio Duarte-Parra was advised of his constitutional rights. Duarte-Parra freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 4, 2017, Benjamin Octavio Duarte-Parra, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about February 1, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code,

Section 1326(a), and enhanced by (b)(1).

_____
René A. Lopez, III
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 18th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge

3